```
1  MAIER SHOCH LLP
   ERIC R. MAIER, SBN 182808
2    emaier@maiershoch.com
   LOUIS E. SHOCH, SBN 205557
3    lshoch@maiershoch.com
   1001 Hermosa Ave., Suite 206
4  Hermosa Beach, CA 90254
   Telephone:  (310) 200-9065
5  Facsimile:  (310) 634-0361

6  Attorneys for
   UBS Securities LLC
7
```

COPY

FILED 2014 MAY 23 PM 3:55

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV14-03997-FMO (MAN)

| | |
|---|---|
| UBS SECURITIES LLC,<br><br>　　　　Movant,<br><br>　　v.<br><br>THIRD EYE CAPITAL CORPORATION,<br><br>　　　　Respondent. | CASE NO.:<br><br>NOTICE OF MOTION AND MOTION OF UBS SECURITIES LLC TO COMPEL THIRD EYE CAPITAL TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM<br><br>Hearing Date: 06.26.2014<br>Hearing Time: 10. am<br>Hearing Place: 22<br>　　　　Hon. Olguin |

Maier Shoch LLP

NOTICE OF MOTION AND MOTION OF UBS SECURITIES LLC TO COMPEL THIRD EYE CAPITAL TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above time and place, UBS Securities LLC ("UBS") will move to compel Third Eye Capital Corporation ("Third Eye") to produce documents responsive to document requests 1 through 5 pursuant to the subpoena served by UBS on Third Eye on November 8, 2013.

This motion is made pursuant to Local Rule 37-1 and is based on the attached joint stipulation and the declaration of Louis Shoch, any supplemental memoranda filed under Local Rule 37-2.3, and such arguments as may be presented at the hearing.

DATED: May 16, 2014

MAIER SHOCH LLP

By: /s/ Louis Shoch
Louis E. Shoch

Attorneys for
UBS Securities LLC

Maier Shoch LLP

1

NOTICE OF MOTION AND MOTION OF UBS SECURITIES LLC TO COMPEL THIRD EYE CAPITAL TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA DUCES TECUM