# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3997 FMO (MANx) | Date | May 30, 2014 |
|---|---|---|---|
| Title | UBS Securites LLC v. Third Eye Capital Corporation | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Motion to Compel

   IT IS ORDERED THAT UBS Securities LLC's Motion to Compel **(Document No. 1)** is **denied without prejudice**.  Any post-judgment discovery motion shall be filed pursuant to Local Rules 37 and 69 and noticed before the assigned Magistrate Judge.

00 : 00

Initials of Preparer    vdr